Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey  07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

William J. O'Shaughnessy
Jonathan M.H. Short
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 639-2094

*Attorneys for Plaintiffs*
*Novartis Pharmaceuticals*
*Corporation and Novartis Pharma AG*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, and NOVARTIS PHARMA AG,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TEVA PHARMACEUTICALS USA, INC.,**<br><br>**Defendant.** | Civil Action No. 11-2356 (KM)(MCA)<br><br>**Hon. Kevin McNulty, U.S.D.J.**<br>**Hon. Madeline Cox Arleo, U.S.M.J.**<br><br>**(Filed Electronically)** |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, the

Plaintiffs and Defendant hereby stipulate and agree that the above actions, including all claims,

counterclaims and affirmative defenses, are dismissed without prejudice, and without costs,

disbursements or attorneys' fees to any party.

**SO STIPULATED:**

Dated: August 22, 2012

By:   s/ William J. O'Shaughnessy
    William J. O'Shaughnessy
    Jonathan M.H. Short
    MCCARTER & ENGLISH, LLP
    Four Gateway Center
    100 Mulberry Street
    Newark, New Jersey  07102
    (973) 639-2094
    woshaughnessy@mccarter.com

    OF COUNSEL:

    Henry J. Renk
    Tara A. Byrne
    FITZPATRICK, CELLA, HARPER & SCINTO
    1290 Avenue of the Americas
    New York, New York  10104
    (212) 218-2100

    *Attorneys for Plaintiffs*
    *Novartis Pharmaceuticals Corporation*
    *and Novartis Pharma AG*

By:   s/ Michael E. Patunas
    Allyn Z. Lite
    Michael E. Patunas
    Mayra V. Tarantino
    LITE DEPALMA GREENBERG, LLC
    Two Gateway Center, Suite 1201
    Newark, New Jersey  07102
    (973) 623-3000
    alite@litedepalma.com
    mpatunas@litedepalma.com
    mtarantino@litedepalma.com

Respectfully submitted,

By:
    Charles M. Lizza
    William C. Baton
    SAUL EWING LLP
    One Riverfront Plaza, Suite 1520
    Newark, New Jersey  07102-5426
    (973) 286-6700
    clizza@saul.com

    OF COUNSEL:

    Anthony M. Insogna
    JONES DAY
    12265 El Camino Real, Suite 200
    San Diego, California 92130-4096
    (858) 314-1200

    Jason G. Winchester
    JONES DAY
    77 West Wacker
    Chicago, Illinois  60601-1692
    (312) 782-3939

    *Attorneys for Plaintiff*
    *Celgene Corporation*

OF COUNSEL:

Jeffer Ali
Samuel T. Lockner
CARLSON CASPERS VANDEBURGH
 LINDQUIST & SCHUMAN, PA
225 South Sixth Street
Suite 4200
Minneapolis, MN  55402
(612) 436-9690
jali@carlsoncaspers.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc..*

**SO ORDERED** on this 23d day of August , 2012.

HON. KEVIN MCNULTY, U.S.D.J.

- 3 -